IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:20-cr-386-FDW |
|---|---|---|
| v. | ) | |
| (4) ERIC DEWAYNE PENLEY | ) | ORDER |

THIS MATTER is before the Court on the United States of America's Motion to Dismiss without prejudice the above-captioned Bill of Indictment as to Defendant (4) Eric Dewayne Penley.

The Court has reviewed the Motion and finds that good cause has been shown to justify dismissing the Bill of Indictment as to Mr. Penley without prejudice.

Thus, the Motion is GRANTED.

Signed: April 11, 2022

Frank D. Whitney
United States District Judge